IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEE MEE BROWN,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN KROLL, Facility Operating Officer at Norfolk Regional Center, In Their Individual Capacities; BEVERLY LEUSHEN, Licensed Administrative Program Therapist, In Their Individual Capacities; KATHY HERRON, Licensed 3-East Unit Supervisor, In Their Individual Capacities; TABITHA WAGGONER, Provisionally Licensed Group Facilitator and Social Worker, In Their Individual Capacities; and RHONDA WILSON, Registered Nurse, In Their Individual Capacities;<br><br>                Defendants. | 8:17CV294<br><br>MEMORANDUM<br>AND ORDER |

      Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

      IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 14th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge