IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEE MEE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KROLL, Facility Operating Officer at Norfolk Regional Center, In Their Individual Capacities; BEVERLY LEUSHEN, Licensed Administrative Program Therapist, In Their Individual Capacities; KATHY HERRON, Licensed 3-East Unit Supervisor, In Their Individual Capacities; TABITHA WAGGONER, Provisionally Licensed Group Facilitator and Social Worker, In Their Individual Capacities; and RHONDA WILSON, Registered Nurse, In Their Individual Capacities;<br><br>Defendants. | 8:17CV294<br><br><br>ORDER |

      This matter is before the court on remand from the Eighth Circuit Court of Appeals for the limited purpose of determining Plaintiff's in forma pauperis ("IFP") status and assessing the appellate filing fees pursuant to 28 U.S.C. § 1915 as amended by the Prison Litigation Reform Act ("PLRA").

      Plaintiff has been committed to a state mental institution. She is not a prisoner. The court previously determined that because Plaintiff proceeded IFP in the district court, she may proceed on appeal in forma pauperis without further authorization pursuant to Fed. R. App. P. 24(a)(3). (Filing No. 39.) The court did not calculate and collect the appellate filing fees in accordance with the PLRA because Plaintiff is not a "prisoner" within the meaning of the PLRA. *See Reed v.*

*Clarke*, No. 4:04CV3168, 2005 WL 1075092, at *1 n.1 (D. Neb. May 5, 2005) ("The plaintiff is presently in the Lincoln Regional Center pursuant to a mental health commitment. The Prison Litigation Reform Act ('PLRA') does not apply to persons in custody pursuant to the Mental Health Commitment Act, as the definition of 'prisoner' in the PLRA does not include a person involuntarily committed for reasons of mental health.") (citing *Kolocotronis v. Morgan*, 247 F.3d 726, 728 (8th Cir.2001)). Accordingly,

IT IS ORDERED that:

1. Plaintiff may proceed on appeal in forma pauperis and without payment of the appellate filing fees.

2. The Clerk of Court shall provide the Eighth Circuit Court of Appeals with a copy of this order.

Dated this 19th day of June, 2018.

> BY THE COURT:
>
> s/ *Richard G. Kopf*
> Senior United States District Judge